IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Logan McIntyre, William P Topping II, Randall Coaxum, Andrew Welch, Timothy Mitchum, Dakota Schmaltz, Ryan Jeffords, Robert Mullen, Simmons Martin, Christopher Frazier, Harry Griffin, Matt Lundell, Dawson Wilkins, Roland Ziegler, Paul Cobb, Larry David Gordan, Austin Ruddy, Macon Cooper Davis, Joseph Heuer, Brandon Shuey and Randall Smith, On Behalf of Themselves and All Others Similarly Situated,, <br><br>Plaintiffs, <br><br>v. <br><br>SSA Cooper, LLC <br><br>Defendant. | Civil Action No.: 2:18-cv-2150-DCN |

**GRANTING JOINT MOTION FOR SETTLEMENT APPROVAL**

This matter comes before the Court on the Joint Motion for Approval of Collective Action Settlement Agreement (the "Joint Motion"). The Court has reviewed the Joint Motion and the Settlement Agreement and Release submitted by the parties and the Court finds that the proposed settlement is fair, adequate, and reasonable when balanced against the possible outcome of further litigation relating to liability and damages and the difficulty and delays inherent in such litigation. The Court finds that significant informal and formal discovery, investigation and research have been conducted by the parties, such that counsel for all parties are able to evaluate the strengths and weaknesses of their respective positions, and the potential outcomes of a trial on Plaintiffs' claims. The Court finds that the settlement has been reached after intensive, serious, and non-collusive arm's-length negotiations.

1

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED including the request for attorneys' fees and costs and that all claims in this case are hereby DISMISSED, WITH PREJUDICE.

AND IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

May 27, 2020
Charleston, South Carolina